USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1262 THE GREAT WEST-LIFE ASSURANCE COMPANY, ET AL., Plaintiffs, Appellees, v. OMAR S. ZAKI, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nancy Gertner, U.S. District Judge] Before Boudin, Circuit Judge, Coffin, Senior Circuit Judge, and Lynch, Circuit Judge.      Omar S. Zaki on brief pro se. Robert L. Hamer, Robert B. Gibbons, Mirick, O'Connell,DeMallie & Lougee, LLP, Joseph F. Ryan, Lyne, Woodworth & EvartsLLP, Philip M. Howe and Lecomte, Emanuelson, Montejunas & Doyle onbrief for appellees.October 6, 1999  Per Curiam. By order of November 4, 1998, we postponed the processing of this appeal from a post-judgment charging order to avoid the possibility of piecemeal review.  Appellees have informed us that all of the district court motions by and against the reach and apply defendant, Anne L. Zaki, have been withdrawn. The district court proceedings now have concluded, and no appeal has been taken by Anne L. Zaki.  Reviewing the arguments relating to appellant Omar S. Zaki's interests in the light of the slim record thus properly before us, the order is affirmed. Below, appellant did not squarely present in a timely fashion the arguments about his own interests which he seeks to raise here, but merely denied having an interest in the partnership. His arguments about the rights and prerogatives of the IRS and Anne L. Zaki also are not properly before us.  Accordingly, insofar as the charging order determines appellees' rights against appellant Omar S. Zaki and any interest which appellant Zaki may have in the limited partnership, the judgment is affirmed.